# EXHIBIT 1

**Registration Number**

# VA 2-330-289

**Effective Date of Registration:**
November 14, 2022
**Registration Decision Date:**
December 08, 2022

## Title

**Title of Work:** BONSNY Floral Acrylic Cat Earrings AE509

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 08, 2015
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
RM. 206, UNIT 6, BLDG. 9, XIJINGYUEFU, CHENGXI STREET, YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister LLC
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date**: November 14, 2022

